

Dear Team Member:

Domino's Pizza prides itself on treating its team members fairly and has implemented extensive procedures to ensure that any team member issues that are brought to our attention are resolved quickly and appropriately. However, for those rare situations where we cannot resolve employment disputes through these internal procedures, we are introducing the Domino's Pizza Arbitration Program.

We have developed the Domino's Pizza Arbitration Program to promote a simpler, friendlier, quicker, less-costly system of alternative dispute resolution to resolve disputes between the Company and its team members that may arise out of the employment relationship. The enclosed flyer highlights some of the significant features of arbitration as compared to litigation through the court system.

Here is how the Domino's Pizza Arbitration Program works. If you or the Company have a dispute subject to arbitration which was not able to be resolved satisfactorily by your managers, PeopleFirst representative, or through the other internal procedures available to you, simply visit http://www.adr.org or call (800)778-7879 to obtain the forms necessary to initiate arbitration. A neutral arbitrator will then be selected to hear the case. The arbitrator will make a decision in the case that will be final and binding on the parties unless a party appeals that decision to a neutral appellate arbitrator. If an appeal takes place, the decision of the appellate arbitrator will be final and binding.

Enclosed is the Arbitration Agreement which, after you carefully review, you must sign in order to commence or continue your employment. You have 30 calendar days from the date you sign the Arbitration Agreement to opt out of the duty to arbitrate through the procedures described in the Agreement. **By signing the Arbitration Agreement and not opting out, both you and the Company are giving up various rights, including the right to a trial by jury as well as any right to arbitrate as a class representative, as a class member, in a collective action, or in or pursuant to a private attorney general capacity.**

Your PeopleFirst representative will be able to answer any questions you may have regarding the Domino's Pizza Arbitration Program. Thank you for your commitment to Domino's Pizza.

Sincerely,

*Joseph Abraham*

**Joseph Abraham**
**VP Compensation, Benefits and Shared Services**

Enclosures



# SIGNIFICANT FEATURES OF THE
# DOMINO'S PIZZA ARBITRATION PROGRAM

- **Commonly a Quicker Resolution of Claims than Through the Court System**

- **Potentially Reduced Legal Fees and Expenses for Team Members and the Company**

- **More Simplified Process than Court System**

- **More Informal Forum than Court System**

- **Claims Resolved by Neutral Arbitrator not Jury**

- **Opportunity to Appeal Decision to Neutral Appellate Arbitrator**

- **Claims Resolved in Individual Action rather than Class, Collective, or Consolidated Action**

# ARBITRATION AGREEMENT

**Arbitration of Disputes.** Both Employee and Domino's Pizza LLC ("the Company") (the Company is defined herein as including its parents, subsidiaries, affiliates, predecessors, successors and assigns, their (including the Company's) respective owners, directors, officers, managers (both direct and indirect), employees, vendors, and agents), acknowledge that the Company has a system of alternative dispute resolution that involves binding arbitration to resolve disputes that may arise out of the employment context.  Because of the mutual benefits (such as reduced expense and increased efficiency) which private binding arbitration can provide both the Company and Employee, both the Company and Employee agree that any claim, dispute, and/or controversy that the Employee or the Company may have against the other shall be submitted to and determined exclusively by binding arbitration under the Federal Arbitration Act, 9 U.S.C. Sections 1-16.  This specifically includes any claim, including any claim brought on an individual, class action, collective action, multiple-party, or private attorney general basis by Employee or on Employee's behalf, Employee may have against the Company, which would otherwise require or allow access to any court or other governmental dispute resolution forum arising from, related to, or having any relationship or connection whatsoever with Employee's seeking employment with, employment by, termination of employment, or other association with the Company, whether in contract, in tort, pursuant to statute, regulation, or ordinance, or in equity or otherwise (including, but not limited to, any claims related to wages, reimbursements, discrimination, and harassment, whether based on state law, Title VII of the Civil Rights Act of 1964, as amended, as well as all other federal, state or local laws or regulations).  It also specifically includes any claim, dispute, and/or controversy relating to the scope, validity, or enforceability of this Arbitration Agreement.  Unless the parties agree otherwise as to a particular dispute, any arbitration pursuant to this Arbitration Agreement shall be initiated with and conducted by the American Arbitration Association, whose rules may be obtained at http://www.adr.org or by calling (800)778-7879.   The duty to arbitrate under this Arbitration Agreement survives any termination of Employee's employment with the Company.

**Claims Excepted From Binding Arbitration.**  The sole exceptions to the mandatory arbitration provision are claims arising under the National Labor Relations Act which are brought before the National Labor Relations Board, claims for medical and disability benefits under Workers' Compensation, Unemployment Compensation claims filed with the state, claims on an individual basis only which are brought properly in, and only to the extent they remain in, small claims court, and any claims or disputes arising out of any other written contract(s) between Employee and the Company where the contract specifically provides for resolution through the courts.  Nothing herein shall prevent Employee from filing and pursuing administrative proceedings only before the U.S. Equal Employment Opportunity Commission or an equivalent state or local agency (although if Employee chooses to pursue a claim following the exhaustion of such administrative remedies, that claim would be subject to arbitration). Nothing herein shall prevent Employee or Company from obtaining from a court a temporary restraining order or preliminary injunctive relief to preserve the status quo or prevent any irreparable harm pending the arbitration of the underlying claim, dispute, and/or controversy.

**Form of Arbitration.**  In any arbitration, any claim shall be arbitrated only on an individual basis and not on a class, collective, multiple-party, or private attorney general basis.  Employee and the Company expressly waive any right to arbitrate as a class representative, as a class member, in a collective action, or in or pursuant to a private attorney general capacity, and there shall be no joinder or consolidation of parties.

**Rules of Arbitration.**  In addition to requirements imposed by law, any arbitrator herein shall be a retired state or federal court judge, or licensed attorney with arbitration experience and at least ten years experience as a lawyer, as mutually agreed to by the parties, and shall be subject to disqualification on the same grounds as would apply to a judge of a court of relevant jurisdiction.  The arbitrator shall follow controlling law and issue a decision in writing within 45 days of the arbitration hearing with a supporting opinion based on applicable law.  If the decision and supporting opinion are not appealed as described below within 90 days of issuance of the decision, then the decision is final, binding, and conclusive on the parties and may be entered in any court of competent jurisdiction.  At either party's election, such decision and supporting opinion may be appealed to another arbitrator ("appellate arbitrator"), who shall be chosen in the same manner as described above.  The appellate arbitrator shall apply to the underlying decision and opinion the same standard for review of civil cases as an appellate court in the relevant jurisdiction and issue a decision in writing with a supporting opinion based on such review and applicable law.  The appellate arbitrator's decision shall be final, binding and conclusive on the parties and may be entered in any court of competent jurisdiction.

**Waiver of Jury Trial.**  EMPLOYEE AND THE COMPANY UNDERSTAND THAT BY AGREEING TO THIS BINDING ARBITRATION PROVISION, BOTH GIVE UP THEIR RIGHT TO TRIAL BY JURY OF ANY INDIVIDUAL, CLASS, COLLECTIVE ACTION, MULTIPLE-PARTY, PRIVATE ATTORNEY GENERAL, OR OTHER CLAIM EITHER MAY HAVE AGAINST THE OTHER, EXCEPT AS EXPRESSLY PROVIDED HEREIN.

**Exclusive Opt-Out Right.**  The Employee has the right to opt out of the obligation set forth herein to submit to binding arbitration.  To opt out, the Employee must send via electronic mail or first-class mail, within **thirty (30) calendar days** of signing this Arbitration Agreement, an email to PeopleFirstSharedServices@dominos.com or a letter addressed to Domino's Pizza LLC, Attention: Manager-PeopleFirst Shared Services, 30 Frank Lloyd Wright Drive, Post Office Box 997, Ann Arbor, Michigan 48106-0997, stating that the Employee has elected to opt out of the Arbitration Agreement.  The email/letter must clearly state the Employee's name, employee id and a telephone number where the Employee can be reached.  Absent the proper and timely exercise of this opt-out right, the Employee will be required to arbitrate all disputes covered by this Arbitration Agreement.

**Severability.**  Should any term or provision, or portion thereof, be declared void or unenforceable or deemed in contravention of law, it shall be severed and/or modified by the arbitrator or court and the remainder of this agreement shall be enforceable; provided, however, that if the "Form of Arbitration" provision above prohibiting classwide, collective action, consolidated, or other group arbitration is deemed invalid, then this entire Arbitration Agreement shall be null and void.

**Exclusive Agreement.**  Any agreement contrary to, or modifying, the foregoing arbitration provisions must be entered into, in writing, by the President of the Company.  **Oral representations made before or after Employee is hired do not alter this agreement**.

**Entire Agreement.**  This agreement supersedes any and all prior agreements regarding arbitration, including, but not limited to, any arbitration provisions in employment applications.

**MY SIGNATURE ATTESTS TO THE FACT THAT I HAVE READ, UNDERSTAND, AND AGREE TO BE LEGALLY BOUND TO ALL OF THE ABOVE TERMS.  I UNDERSTAND THAT, UNLESS I TIMELY SEND THE OPT-OUT EMAIL OR LETTER REFERENCED ABOVE TO THE PROPER ADDRESSEE, I WILL BE REQUIRED TO ARBITRATE ALL DISPUTES WITH THE COMPANY THAT ARE COVERED BY THIS ARBITRATION AGREEMENT.**

Domino's Pizza LLC

By:  *Joseph Abraham*

Its:  *VP Compensation, Benefits & Shared Services*

## Arbitration Agreement

The following is the electronic signature of the team member acknowledging that the team member has read, understands, and agrees to be legally bound to all of the above terms.

**Team Member eSignature**

| Full Name | IP Address | e-Signature Name | e-Sign Code | e-Signature Date |
|---|---|---|---|---|
| Simeon,Peter Ronaldo | | S | 9966 | 2016-07-31-14.59.07.000000 |