**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PETER SIMEON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOMINO'S PIZZA LLC,<br><br>Defendant. | Civil Action No. 17-cv-5550-RJD-ST<br><br>ECF Case |

**DECLARATION OF JOSEPH A. PIESCO**

JOSEPH A. PIESCO hereby declares as follows:

1. I am a partner with the law firm of DLA Piper LLP (US), counsel for defendant Domino's Pizza LLC ("Domino's" or "Defendants") in the above-captioned action, and am fully familiar with the facts set forth herein. I submit this declaration in support of the Defendant's Motion for Sanctions Pursuant to Rule 11 of the Federal Rules of Civil Procedure.

2. On January 12, 2018, I served a letter on Plaintiff's counsel demanding the withdrawal of Plaintiff's Motion to Remand and for Attorney's Fees and Costs, enclosing Defendant's Motion for Sanctions Pursuant to Rule 11 of the Federal Rules of Civil Procedure and Defendant's Opposition to Plaintiff's Motion to Remand and for Attorney's Fees and Costs, pursuant to Rule 11 of the Federal Rules of Civil Procedure.

3. Attached hereto as **Exhibit A** is a true and correct copy of the cover letter to Plaintiff's counsel, dated January 12, 2018, demanding withdrawal of Plaintiff's Motion to Remand and for Attorney's Fees and Costs and enclosing Defendant's Motion for Sanctions Pursuant to Rule 11 of the Federal Rules of Civil Procedure and Defendant's Opposition to

Plaintiff's Motion to Remand and for Attorney's Fees and Costs, which is annexed as part of Exhibit A.

4. Attached hereto as **Exhibit B** is a true and correct copy of the Declaration of Paul Nold, dated November 13, 2017.

5. Attached hereto as **Exhibit C** is a true and correct copy of the relevant pages from the transcript of the conference held before the Honorable Steven L. Tiscione in the above captioned matter on November 8, 2017.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 12, 2018.

/s/ Joseph A. Piesco
Joseph A. Piesco