

**DLA Piper LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Joseph A. Piesco
joseph.piesco@dlapiper.com
T  212.335.4537
F  917.778.8629

May 25, 2018
*Via Email and UPS*

Abdul K. Hassan, Esq.
Abdul Hassan Law Group, PLLC
215-28 Hillside Ave.
Queens Village, NY 11427

RE:   *Simeon v. Domino's Pizza LLC,* **Case No. 17-cv-5550-RJD-ST (E.D.N.Y.)**
       **Defendant's Motion to Compel Individual Arbitration**

Dear Mr. Hassan:

Please find attached (i) Defendant Domino's Pizza LLC's Motion to Compel Individual Arbitration and (ii) the Declaration of Joseph A. Piesco, dated May 25, 2018, with Exhibits annexed thereto.

Very truly yours,

DLA Piper LLP (US)

Joseph A. Piesco
Partner

JAP

Encs.

cc:   Honorable Raymond J. Dearie (via ECF without attachments)