**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PETER SIMEON, individually and on behalf of other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOMINO'S PIZZA LLC,<br><br>Defendant. | Civil Action No. 17-cv-5550-RJD-ST<br><br>ECF Case |

**DECLARATION OF JOSEPH A. PIESCO**

JOSEPH A. PIESCO hereby declares as follows:

1. I am a partner with the law firm DLA Piper LLP (US), attorneys for Domino's Pizza LLC ("Domino's") in the above-captioned action, and am fully familiar with the facts set forth herein. This declaration is submitted in support of Domino's Motion to Compel Individual Arbitration.

2. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiff's Complaint, filed in the Supreme Court of New York, Kings County on August 30, 2017, and removed to this Court on September 21, 2017 (ECF No. 1-1).

3. Attached hereto as **Exhibit B** is a true and correct copy of the parties' binding Arbitration Agreement signed by Plaintiff on July 31, 2016.

4. Attached hereto as **Exhibit C** is a true and correct copy of the relevant pages from the transcript of the conference held before the Honorable Steven L. Tiscione in the above captioned matter on November 8, 2017.

5. Attached hereto as **Exhibit D** is a true and correct copy of the relevant pages from the transcript of the oral argument on Plaintiff's motion to remand held before the Honorable

Raymond J. Dearie in the above captioned matter on May 9, 2018.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 25, 2018.

/s/ *Joseph A. Piesco*
Joseph A. Piesco