DLA PIPER

**DLA Piper** LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Joseph A. Piesco, Jr.
joseph.piesco@dlapiper.com
T 212.335.4537
F 212.335.4501

July 31, 2019

**VIA E-FILING**

Hon. Raymond J. Dearie
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: *Simeon v. Domino's Pizza LLC,***
**Civ. No. 17-cv-05550-RJD-ST (E.D.N.Y.), Case No. 18-1520 (2d Cir.)**

Dear Judge Dearie:

We represent defendant Domino's Pizza LLC in the above-referenced matter. We write pursuant to Your Honor's Order, dated July 16, 2019, requesting an update on the status of arbitration or, in the alternative, filing a stipulation of dismissal.

At this time, Plaintiff has not instituted any arbitration, or otherwise indicated any intent to do so, despite the Court having issued its order compelling arbitration nearly six (6) months ago. Simply put, Plaintiff has taken no action whatsoever to prosecute his claims.

In light of the foregoing, we respectfully submit that Plaintiff has abandoned his claims and, accordingly, we ask that the Court issue an order dismissing Plaintiff's claims for lack of prosecution pursuant to Fed. R. Civ. P. 41(b). *See, e.g., Shetiwy v. Midland Credit Mgmt.*, 2016 WL 4030488 (S.D.N.Y. July 25, 2016), *aff'd*, 706 F. App'x 30 (2d Cir. 2017) (dismissing action under Fed. R. Civ. P. 41(b) where parties failed to institute arbitration following order to compel).

We thank Your Honor for your attention to this matter. We are available for a conference at the Court's convenience, should the Court so desire.

Respectfully submitted,

Joseph A. Piesco, Jr.

cc: The Honorable Steven Tiscione, U.S.M.J.
Abdul Karim Hassan, Esq.