# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427
~~~~~

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
***Employment and Labor Lawyer***

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com


**August 30, 2019**

**Via ECF**

Hon. Raymond J. Dearie, USDJ
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201
Tel: 718-613-2430
Fax:718-613-2437

**Re: Peter Simeon v. Domino's Pizza, LLC**
**Case No. 17-CV-05550 (RJD)(ST)**
**Notice of Discontinuance Without Prejudice**

Dear Judge Dearie:

My firm represents Plaintiff in the above-referenced, action and I respectfully write pursuant to this Court's August 1, 2019 order. After careful consideration, Plaintiff has decided to discontinue this action without prejudice (ECF No. 39), pursuant to FRCP 41(a)(1)(A)(i) – no answer or motion for summary judgment was filed in this case. See *A.B. Dick Co. v. Marr*, 197 F.2d 498, 501 (2d Cir. 1952) ("voluntary dismissal of a suit leaves the situation so far as procedures therein are concerned the same as though the suit had never been brought, thus vitiating and annulling all prior proceedings and orders in the case, and terminating jurisdiction over it for the reason that the case has become moot."); *Thorp v. Scarne*, 599 F.2d 1169, 1176 (2d Cir.1979) ("In contrast to other methods of dismissal contemplated by Rule 41, voluntary dismissal prior to defendant's service of an answer or a motion for summary judgment is effective in the absence of any action by the court."); See also *Santiago v. Victim Serv. Agency of the Metro. Assistance Corp.*, 753 F.2d 219, 221 (2d Cir.1985); *Hill v. W. Bruns & Co.*, 498 F.2d 565, 567 n. 2 (2d Cir.1974).

Dismissal without prejudice will allow Plaintiff to explore his options further, including refiling his claims with the Department of Labor or the NYS Attorney General – agencies that appear to have experience in handling wage issues with Defendant and which also likely have the tools and resources to conduct a wider investigation and to coordinate with other governmental agencies in protecting the rights of Plaintiff and other workers under the remedial
~~~~~

wage laws. Dismissal without prejudice will also allow this Court to remove this case from its docket.

We thank this Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

_/s/ Abdul Hassan____________
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc: Defense Counsel via ECF**